1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  John D. McCurdy (SBN 54091)
   *jmccurdy@jmll.com*
9  Reagan E. Boyce (SBN 248064)
   *reagan.boyce@jmll.com*
10 McCurdy & Leibl, LLP
   12925 Riverside Drive, Third Floor
11 Sherman Oaks, California 91423
   Telephone:   (818) 380-0123
12 Facsimile:    (818) 380-0124

13 Attorneys for Defendant
14 Kenton Arwood (erroneously sued and served as
   Kenton Arwood a/k/a Kent Arwood, an individual and
15 d/b/a The Software Cellar)

16
                    UNITED STATES DISTRICT COURT
17
           NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
18

19 Adobe Systems Incorporated,           )   Case No.: CV10-02385 CRB
                                         )
20            Plaintiff,                 )   [~~PROPOSED~~] ORDER GRANTING
        v.                               )   CONTINUANCE OF CASE
21                                       )   MANAGEMENT CONFERENCE
   Kenton Arwood a/k/a Kent Arwood, an   )
22 individual and d/b/a The Software Cellar and )
   Does 1 – 10, inclusive,               )
23                                       )
              Defendants.                )
24

25      On or about June 7, 2010, the Court set a Case Management Conference on September 17, 2010, at 8:30 a.m.

26      On or about September 13, 2010, the Parties filed their Joint Stipulation to Continue the Case Management Conference.
27

28

Adobe v. Arwood, et al.: [Proposed] Order Granting Continuance    - 1 -
of Case Management Conference

1  In light of the request, and good cause being shown, the Case Management Conference
2  currently on calendar for September 17, 2010, at 8:30 a.m., is continued to Oct. 29, 2010 at 8:30
3  a.m. and all associated dates accordingly.

   IT IS SO ORDERED.

6  Dated: September 15, 2010

   Hon. Charles R. Breyer
   United States

   *IT IS SO ORDERED*
   *Judge Charles R. Breyer*

8  PRESENTED BY:

9  J. Andrew Coombs, A Professional Corp.

   By: _____
       J. Andrew Coombs
       Annie S. Wang
   Attorneys for Plaintiff Adobe Systems Incorporated

   McCurdy & Leibl, LLP

   By: _____
       John D. McCurdy
       Reagan E. Boyce
   Attorneys for Defendant Kenton Arwood
   (erroneously sued and served as Kenton
   Arwood a/k/a Kent Arwood, an individual
   and d/b/a The Software Cellar)